UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELRICO R. SUTTON,

    Plaintiff,

vs.

OPTION ONE MORTGAGE
CORP.,

    Defendant.
_____/

Civil Action No.
07-CV-10238-DT

HON. BERNARD A. FRIEDMAN

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Magistrate Judge Donald A. Scheer has submitted a Report and Recommendation in which he recommends that the court grant defendant's summary judgment motion, deny defendant's motion for Rule 11 sanctions, and deny plaintiff's motion for summary judgment. The court has reviewed the Report and Recommendation, plaintiff's objections, the motion papers and the complaint. The court is persuaded that the magistrate judge correctly analyzed all issues and that plaintiff's objections are without merit. Accordingly,

IT IS ORDERED that Magistrate Judge Scheer's Report and Recommendation is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is

granted.

IT IS FURTHER ORDERED that defendant's motion for Rule 11 sanctions is denied.

IT IS FURTHER ORDERED that plaintiff acquaint himself with his obligations under Rule 11. If plaintiff files a similar lawsuit in the future, the court will impose appropriate sanctions.

       s/Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: June 8, 2007
       Detroit, Michigan

I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.

    /s/ Patricia Foster Hommel
      Patricia Foster Hommel
   Secretary to Chief Judge Friedman